## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

DENISE PAYNE, individually,

     Plaintiff,                                 CASE NO.: <u>15-cv-81107-RLR</u>

v.

EL BODEGON GROCERY INC., d/b/a
SUPERMERCADOS EL BODEGON
GROCERY, a Florida corporation; and,
MONIQUE'S FASHION, INC., a Florida
corporation,

     Defendants.

_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT WITH
### DEFENDANT EL BODEGON GROCERY INC.

     Plaintiff, DENISE PAYNE, by and through her undersigned counsel, hereby notifies the

Court that she has reached a settlement of all disputed issues in this lawsuit with Defendant, EL

BODEGON GROCERY INC., d/b/a SUPERMERCADOS EL BODEGON GROCERY. The

parties are working on their respective settlement agreements, and will thereafter submit a joint

stipulation of dismissal with prejudice of this lawsuit.

     **DATED** this <u>1st</u> day of <u>February</u>, 2016.

                                 *Respectfully submitted,*

                                 **ESPINOSA LAW GROUP**
                                 10625 N. Kendall Dr.
                                 Miami, FL 33176-1510
                                 Tel.: 305-655-1501
                                 E-mail: tallison@espinosalawgroup.com
                                 E-mail: despinosa@espinosalawgroup.com

                                 By: *<u>/s/ Thomas Charles Allison</u>*
                                      Thomas Charles Allison, Esq.
                                      Florida Bar No. 35242

*Payne v. El Bodegon Grocery, Inc., et al.*
Case No.: <u>15-cv-81107-RLR</u>

Daniel Alberto Espinosa, Esq.
Florida Bar No. 81686

*Counsel For The Disabled*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon

counsel of record (*see* Service List, below) by electronically filing same with the Clerk of Court

using the Electronic Case Filing System, on this <u>1st</u> day of <u>February</u>, 2016.

By: *<u>/s/ Thomas Charles Allison</u>*
Thomas Charles Allison, Esq.
Florida Bar No. 35242

<u>**Service List**</u>

Karen A. Brimmer, Esq.
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, Florida 33134
Email: kbrimmer@hinshawlaw.com

*Counsel El Bodegon Grocery, Inc.*

**ESPINOSA LAW GROUP**
TRIAL LAWYERS