**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

DENISE PAYNE, individually,

    Plaintiff,                                              CASE NO.: <u>15-cv-81107-RLR</u>

v.

EL BODEGON GROCERY INC., d/b/a
SUPERMERCADOS EL BODEGON
GROCERY, a Florida corporation; and,
MONIQUE'S FASHION, INC., a Florida
corporation,

    Defendants.
_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
AS TO DEFENDANT, MONIQUE'S FASHION, INC.</u>**

Plaintiff, DENISE PAYNE, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby submits her notice of voluntary dismissal, without prejudice, as to Defendant, MONIQUE'S FASHION, INC., and further states as follows:

According to the representation of counsel for Defendant, MONIQUE'S FASHION, INC., said Defendant is no longer a tenant in the property that is the subject of this lawsuit. Consequently, Plaintiff has no intention of pursuing a claim related to the tenant space formerly occupied by Defendant; and, as such, Plaintiff hereby voluntarily dismisses her claims against Defendant, MONIQUE'S FASHION, INC., without prejudice.

**DATED** this <u>4th</u> day of <u>February</u>, 2016.

*Respectfully submitted,*

**ESPINOSA LAW GROUP**
10625 N. Kendall Dr.
Miami, FL 33176-1510
Tel.: 305-655-1501

– 1 –
**ESPINOSA LAW GROUP**
TRIAL LAWYERS

*Payne v. El Bodegon Grocery, Inc., et al.*
Case No.: 15-cv-81107-RLR

E-mail: tallison@espinosalawgroup.com
E-mail: despinosa@espinosalawgroup.com

By: */s/ Thomas Charles Allison*
  Thomas Charles Allison, Esq.
  Florida Bar No. 35242
  Daniel Alberto Espinosa, Esq.
  Florida Bar No. 81686

*Counsel For The Disabled*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record (*see* Service List, below) by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this 4th day of February, 2016.

By: */s/ Thomas Charles Allison*
  Thomas Charles Allison, Esq.
  Florida Bar No. 35242

**Service List**

Karen A. Brimmer, Esq.
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, Florida 33134
Email: kbrimmer@hinshawlaw.com

*Counsel for El Bodegon Grocery, Inc.*

John S. Riordan, Esq.
KELLEY KRONENBERG
1475 Centrepark Blvd., Suite 275
West Palm Beach, FL 33401
Email: jriordan@kelleykronenberg.com

*Counsel for Monique's Fashion, Inc.*