UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DENISE PAYNE, individually,

    Plaintiff,

CASE NO.: 15-cv-81107-RLR

v.

EL BODEGON GROCERY INC., d/b/a SUPERMERCADOS EL BODEGON GROCERY, a Florida corporation; and, MONIQUE'S FASHION, INC., a Florida corporation,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, EL BODEGON GROCERY, INC

Plaintiff, DENISE PAYNE, and Defendant, EL BODEGON GROCERY, INC. by and through their undersigned counsel, pursuant to Rule 41(a)(2), Fed. R. Civ. P., hereby submit their joint stipulation of dismissal with prejudice as to all claims against Defendant in this lawsuit. The parties shall bear their own costs and attorneys' fees incurred in this matter, except as set forth in the parties' confidential settlement agreement. A proposed order is submitted herewith.

**DATED** this 19th day of February, 2016.

*Respectfully submitted,*

| **ESPINOSA LAW GROUP** | **HINSHAW & CULBERTSON LLP** |
|---|---|
| 10625 N. Kendall Dr. | 2525 Ponce de Leon Blvd., 4th Floor |
| Miami, FL 33176-1510 | Coral Gables, FL 33134 |
| Tel.: 305-655-1501 | Tel.: 305-358-7747 |
| E-mail: tallison@espinosalawgroup.com | E-mail: kbrimmer@hinshawlaw.com |
| E-mail: despinosa@espinosalawgroup.com | E-mail: cmoore@hinshawlaw.com |
| | |
| By: */s/ Thomas Charles Allison* | By: */s/ Karen A. Brimmer* |
|     Thomas Charles Allison, Esq. |     Karen A. Brimmer, Esq. |
|     Florida Bar No. 35242 |     Florida Bar No. 236470 |

*Payne v. El Bodegon Grocery, Inc., et al.*
Case No.: 15-cv-81107-RLR

| Daniel Alberto Espinosa, Esq.<br>Florida Bar No. 81686<br><br>*Counsel for Plaintiff* | *Counsel for El Bodegon Grocery, Inc.* |
|---|---|

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record (*see* Service List, below) by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this 19th day of February, 2016.

By: */s/ Thomas Charles Allison*
Thomas Charles Allison, Esq.
Florida Bar No. 35242

**Service List**

Karen A. Brimmer, Esq.
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, Florida 33134
Email: kbrimmer@hinshawlaw.com

*Counsel for El Bodegon Grocery, Inc.*

John S. Riordan, Esq.
KELLEY KRONENBERG
1475 Centrepark Blvd., Suite 275
West Palm Beach, FL 33401
Email: jriordan@kelleykronenberg.com

*Counsel for Monique's Fashion, Inc.*